# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON E. McCOY,<br><br>        Plaintiff,<br><br>   v.<br><br>R. SPIDLE, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-00198-AWI-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

     Plaintiff Davon E. McCoy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 6, 2007. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against (1) defendants Spidle, Perry, Doyle, Dreith, Does 1 through 3, Dangler, Watson, Stockman, Buckley, Garza, Allen, and Samaya for denial of due process, (2) defendant Dangler for retaliation, and (3) defendants Garcia, McNamara, Tomlin, Kee, Rubacalaba, Poblete, Reyes, Renoso, Gonzales, Compos, and Morales for acting with deliberate indifference to plaintiff's serious medical needs.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's Eighth Amendment medical care claim against defendant Madrigal, and defendant Madrigal, be dismissed from this action for failure to state a claim.

1

1     Accordingly, it is HEREBY ORDERED that:

2     1.    Service is appropriate for the following defendants:

3         SPIDLE

4         PERRY

5         DOYLE

6         DREITH

7         DANGLER

8         WATSON

9         STOCKMAN

10         BUCKLEY

11         GARZA

12         ALLEN

13         SAMAYA

14         GARCIA

15         McNAMARA

16         TOMLIN

17         KEE

18         RUBACALABA

19         POBLETE

20         REYES

21         RENOSO

22         GONZALES

23         COMPOS

24         MORALES

25     2.    The Clerk of the Court shall send plaintiff twenty-two (22) USM-285 forms,

26     twenty-two (2) summonses, a Notice of Submission of Documents form, an

27     instruction sheet and a copy of the complaint filed February 6, 2007.

28     ///

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

a. Completed summons;

b. One completed USM-285 form for each defendant listed above; and

c. Twenty-three (23) copies of the endorsed complaint filed February 6, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 27, 2007**             /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE