# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON E. McCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>R. SPIDLE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00198-AWI-NEW (DLB) PC<br><br>ORDER DEEMING NOTICE OF CORRECTION INCORPORATED WITH COMPLAINT, AND DIRECTING CLERK'S OFFICE TO SEND COPIES OF NOTICE OF CORRECTION ALONG WITH COPIES OF COMPLAINT TO THE UNITED STATES MARSHAL FOR SERVICE<br><br>(Doc. 17) |

      Plaintiff Davon E. McCoy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2007, the court issued an order finding service of the complaint appropriate, and directing plaintiff to complete and return USM-285 forms and summonses for the initiation of service of process. Plaintiff returned the service documents on September 11, 2007. On date same day, plaintiff sent a notice informing the court that the date set forth in paragraphs 48 and 73 of the complaint should read June 5, 2006, not July 5, 2006.

///
///
///
///
///
///

1

1  Plaintiff's notice of correction is HEREBY DEEMED INCORPORATED with the
2 complaint. When the Clerk's Office sends copies of the complaint and service documents to the
3 Marshal for initiation of service, it SHALL also send copies of plaintiff's notice dated September
4 11, 2007.

6  IT IS SO ORDERED.
7  Dated:   **October 5, 2007**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE