# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON E. McCOY, | CASE NO. 1:07-cv-00198-AWI-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CLAIM AGAINST DEFENDANT MADRIGAL, AND DISMISSING DEFENDANT MADRIGAL FROM ACTION |
| v. | |
| R. SPIDLE, et al., | |
| Defendants. | (Doc. 13) |

Plaintiff Davon E. McCoy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 31, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 31, 2007, is adopted in full;

2. This action shall proceed on plaintiff's complaint, filed February 6, 2007, against defendants Spidle, Perry, Doyle, Dreith, Does 1 through 3, Dangler, Watson,

1

Stockman, Buckley, Garza, Allen, and Samaya for denial of due process, against defendant Dangler for retaliation, and against defendants Garcia, McNamara, Tomlin, Kee, Rubacalaba, Poblete, Reyes, Renoso, Gonzales, Compos, and Morales for acting with deliberate indifference to plaintiff's serious medical needs; and

3. Plaintiff's medical claim against defendant Madrigal, and defendant Madrigal, are dismissed from this action for failure to state a claim.

IT IS SO ORDERED.

Dated:   **October 16, 2007**                              **/s/ Anthony W. Ishii**
                                                           UNITED STATES DISTRICT JUDGE