IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,** | Case No.: 1:07-cv-00198-AWI-GSA |
| Plaintiff, | **ORDER** |
| v. | |
| **R. SPIDLE, et al.,** | |
| Defendants. | |

On December 3, 2007, Defendants filed a motion for extension of time to file their responsive pleading to Plaintiff's complaint. For good cause shown, Defendants are granted an extension of time, to December 21, 2007, in which to file their responsive pleading.

IT IS SO ORDERED.

**Dated: December 4, 2007**          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE

1