IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON E. MCCOY, | 1:07-cv-00198-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO DEFENDANTS MOTION TO DISMISS |
| vs. | |
| R. SPIDLE, et al., | (DOCUMENT #52) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2008, plaintiff filed a motion to extend time to file objections to defendants motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated: January 28, 2008**                            **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE