IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. SPIDLE, et al.,**<br><br>Defendants. | Case No.: 1:07-cv-00198-AWI-GSA (PC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS<br><br>(DOCUMENT #54) |

On January 23, 2008, Defendants filed a motion for extension of time to file their reply brief in support of their motion to dismiss. For good cause shown, Defendants are granted an extension of time, up to and including February 23, 2008, in which to file their reply brief.

IT IS SO ORDERED.

**Dated: February 6, 2008**          /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE

*Order*

1