IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. SPIDLE, et al.,**<br><br>　　　　　　　　Defendants. | Case No.: 1:07-cv-00198-AWI-GSA PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE RESPONSE TO COMPLAINT ON OR BEFORE MARCH 7, 2008**<br><br>**(Doc. 58)** |

On February 21, 2008, Defendants withdrew their motion to dismiss, and requested that the Court allow them until Friday, March 7, 2008, to answer Plaintiff's complaint. Good cause appearing, Defendants are permitted to answer Plaintiff's complaint on or before March 7, 2008.

IT IS SO ORDERED.

　Dated:　**February 22, 2008**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1