1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  DAVON E. McCOY,                          CASE NO. 1:07-cv-00198-AWI-GSA PC

10                    Plaintiff,            ORDER DENYING PLAINTIFF'S MOTION
                                           FOR FUNDS TO SECURE LEGAL SUPPLIES
11       v.
                                           (Doc. 24)
12  R. SPIDLE, et al.,

13                    Defendants.
                                    /
14

15       On November 8, 2007, Plaintiff Davon E. McCoy, who is proceeding in forma pauperis in

16  this action, filed a motion seeking the allotment of funds for legal supplies.  The expenditure of

17  public funds on behalf of an indigent litigant is proper only when authorized by Congress.  See

18  Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted).  The in forma pauperis statute does

19  not authorize the expenditure of public funds for the purpose sought by Plaintiff, therefore his

20  motion is DENIED.

21
22
23

24       IT IS SO ORDERED.

25       **Dated:   April 21, 2008**            _____/s/ **Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE
26
27
28

1