# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON E. McCOY, | CASE NO. 1:07-cv-00198-AWI-GSA PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS GARCIA AND SUMAYA, WITH AMENDMENT TO RULE 12(B) DEADLINE (Docs. 65 and 70) |
| v. | |
| R. SPIDLE, et al., | |
| Defendants. | Unenumerated Rule 12(b) Motion Deadline for Defendants Garcia and Sumaya:   July 31, 2008 |
| _____/ | |

On May 23, 2008, Defendants Garcia and Sumaya filed a notice of joinder in the answer filed on March 5, 2008.  Application of the discovery and scheduling order filed on March 21, 2008, is HEREBY EXTENDED to Defendants Garcia and Sumaya, with an AMENDMENT extending the unenumerated Rule 12(b) motion deadline to July 31, 2008.


IT IS SO ORDERED.

**Dated:   June 18, 2008**          _____/s/ **Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE

1