# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON E. McCOY, | CASE NO. 1:07-cv-00198-AWI-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF AND FOR RELIEF FROM PAYMENT OF SECURITY |
| v. | |
| R. SPIDLE, et al., | |
| Defendants. | (Docs. 68, 69, and 73) |

Plaintiff Davon E. McCoy ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 20, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections were to be filed within thirty days. Plaintiff filed an Objection on July 10, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 20, 2008, is adopted in full; and

///
///
///

1

2. Plaintiff's motions for preliminary injunctive relief and for relief from having to provide security, filed May 22, 2008, are DENIED.

IT IS SO ORDERED.

**Dated:   September 6, 2008**                             /s/ **Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE