IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. SPIDLE, et al.,**<br><br>Defendants. | Case No. 1:07-cv-00198-AWI-GSA PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO SERVE DISCOVERY RESPONSE**<br><br>**(Doc. 83)**<br><br>Deadline:   11/26/2008 |

On October 10, 2008, Defendants filed a motion for an extension of time to respond to Plaintiff's requests for production of documents, set one. For good cause shown, Defendants are granted an extension of time, to **November 26, 2008**, in which to file their response to Plaintiff's requests for production of documents.

IT IS SO ORDERED.

Dated:   **October 14, 2008**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE