IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,** <br><br> Plaintiff, <br><br> v. <br><br> **R. SPIDLE, et al.,** <br><br> Defendants. | Case No. 1:07-cv-00198-DCB <br><br> **ORDER** |

On January 2, 2009, Defendants filed a motion for extension of time to file their opposition to Plaintiff's motion to compel further discovery responses. For good cause shown, Defendants motion for an extension of time (document 89) is GRANTED to January 22, 2009.

DATED this 8th day of January, 2009.

David C. Bury
United States District Judge

1