IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. SPIDLE, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 1:07-cv-00198-DCB<br><br>**ORDER** |

The Court finding good cause for the requested extension of time to respond to Defendants' Motion for Summary Judgement,

**IT IS ORDERED** that the Motion for Extension (document 113) is GRANTED for thirty days or until May 10, 2009.

DATED this 30th day of March, 2009.

　　　　　　　　　　　　　　　　　　　David C. Bury
　　　　　　　　　　　　　　　　　　　United States District Judge

1