UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Davon E. McCoy, | Case No. 1:07-cv-00198-DCB |
| Plaintiff, | ORDER |
| vs. | |
| R. Spidle, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Corcoran (CSP-COR) on December 9, 2009, at 9:00 a.m. A separate order and writ of habeas corpus ad testificandum to transport the plaintiff from California Substance Abuse Treatment Facility and State Prison (SATF) will issue forthwith.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for mediation on December 9, 2009, at 9:00 a.m. at CSP-COR, 4001 King Avenue, Corcoran, California 93212.

2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street,

/////

1  Suite 4-200, Sacramento, California 95814, so that they arrive no later than November 25,
2  2009.
3      DATED this 22nd day of October, 2009.

                                          David C. Bury
                                          United States District Judge