UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Davon E. McCoy, | Case No. 1:07-cv-00198-DCB |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| R. Spidle, et al., | |
| Defendants. | |

_____/

IT IS ORDERED:

1) The Plaintiff's Motion for Leave to File information with the court that retaliatory actions are being taken against him, including his being deprived of his legal papers (document 147) is GRANTED.

2) The Defendant shall file a Response to the document filed by the Plaintiff on October 23, 2009, within 10 days of the filing date of this Order.

DATED this 28th day of October, 2009.

David C. Bury
United States District Judge