IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Davon E. McCoy, | ) | No. CV 07-198 TUC DCB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| R. Spidle, et al., | ) | |
| Defendants. | ) | |

Plaintiff proceeds here *in forma pauperis*, and generally may proceed on appeal *in forma pauperis*, unless the Court finds the appeal is not taken in good faith. *See* 28 U.S.C. 1915(a)(3) and FRAP 24(a). In the absence of some evident improper motive, good faith is shown by the presentation of any issue which is not plainly frivolous. *Gilbert v. United States*, 278 F.2d 61, 62 (9th Cir. 1960); *Ellis v. United States*, 356 U.S. 674, 674 (1958).

Upon the filing of an appeal where the Plaintiff is proceeding *in forma pauperis*, the Court automatically considers whether the appeal is taken in good faith. *See* 28 U.S.C. 1915(a)(3).

Here, Plaintiff is attempting to appeal an interlocutory Order issued by this Court denying reconsideration of the summary judgment it granted on some claims based on a well established rule of law, *Edwards v. Balisok*, 502 U.SA. 641 (1997), which prohibits using 42 U.S.C. § 1983 as a basis for challenging a rule violation such as the one challenged here by

1 the Plaintiff. The Court considered the question three times, and denied further
2 reconsideration of the question on January 12, 2010. The Court explained that there was no
3 manifest error of law or fact or newly discovered evidence to support reconsideration.

4       On February 3, 2010, Plaintiff filed the Notice of Appeal of the Court's Order denying
5 reconsideration. There is no basis for reconsideration of the question, and the appeal is
6 frivolous. Additionally, this is an interlocutory appeal because the Plaintiff seeks to appeal
7 a ruling that is not the final ruling in this litigation. Except under rare circumstances
8 interlocutory appeals must be avoided to prevent piecemeal appeals. Here, an interlocutory
9 appeal is not appropriate. *See* 28 U.S.C. § 1292 (setting out provisions for interlocutory
10 decisions). If it appears from the record that the order sought to be reviewed is not
11 appealable, the conclusion is warranted that the appeal is not taken in good faith. *Javor v.*
12 *Brown*, 295 F.2d 60, 61 (9th Cir. 1961). Here, the Order denying the motion to reconsider is
13 not appealable; the Order granting summary judgment in part under *Balisok*, is not
14 appealable. There can be no other conclusion, except that the appeal is not taken in good
15 faith.

16       **Accordingly,**

17       **IT IS ORDERED** that after a review of the case, the Court finds the appeal is NOT
18 TAKEN IN GOOD FAITH and Plaintiff may not proceed *in forma pauperis*.

19       **IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this
20 Order to the Clerk of the Court for the Ninth Circuit Court of Appeals.

21       DATED this 8th day of February, 2010.

David C. Bury
United States District Judge