1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

FRESNO DIVISION

11

12

13 | **DAVON E. MCCOY,** | 1:07-cv-00198-DCB

14 | Plaintiff, | **ORDER: STIPULATION FOR VOLUNTARY DISMISSAL OF**

15 | **v.** | **DEFENDANT D. REYES; STIPULATION AND ORDER**

16 | | **SUBSTITUTING C. REYES AS DEFENDANT**

17 | **R. SPIDLE, et al.,** |

Defendants. | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

18

19

Pursuant to the Stipulation of the parties and there being good cause,

20

**IT IS ORDERED** that the Stipulation (document 169) shall be GRANTED.

21

**IT IS FURTHER ORDERED** that C. Reyes shall be named as Defendant in this

22

matter, in place of D. Reyes, who the parties have dismissed by stipulation.  C. Reyes

23

waives service of the summons and complaint, and shall file an answer within twenty days

24

/////

25

/////

26

27

28

1

1    of the date of this order.  In addition, within forty-five days of the date of this order,

2    C. Reyes shall serve responses to Plaintiff's Request for Production of Documents, Set

3    One.

4         Dated this 8th day of February, 2010.

5

6

7

8                                                        _____
                                                              David C. Bury
9                                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Voluntary Dismissal of Defendant D. Reyes;
Stipulation and Order Substituting C. Reyes as a Defendant  (1:07-cv-00198-DCB)