# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

|  |  |
|---|---|
| Davon E. McCoy, ) | CV 07-198 TUC DCB |
| Plaintiffs, ) |  |
| v. ) |  |
| ) |  |
| R. Spidle, et al., ) | **ORDER SETTING PRETRIAL** |
| Defendants. ) | **CONFERENCE** |
| _____ ) |  |

The Pretrial Order having been filed on August 12, 2010, this matter is ready for a Pretrial Conference.

**Accordingly,**

**IT IS ORDERED** that a Pretrial Conference is set on Monday, November 29, 2010, at 1:30 p.m.

**IT IS FURTHER ORDERED** that the Pretrial Conference shall be held before the Honorable David C. Bury in Courtroom 6B, Sixth Floor, Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona.

**IT IS FURTHER ORDERED** that counsel may appear telephonically by providing their telephone numbers to the Judge's law clerk, Greer Barkley, 48 hours prior to the hearing. Ms. Barkley may be reached at 520 205 4560.

DATED this 9th day of September, 2010.

David C. Bury
United States District Judge