IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Davon E. McCoy, | ) | No. CV 07-198 TUC DCB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| R. Spidle, et al., | ) | |
| Defendants. | ) | |

Having reviewed the stipulation of the parties to disclose experts and conduct expert discovery, and good cause showing therefore,

**IT IS ORDERED** that the Stipulation (doc. 191) is GRANTED.

**IT IS FURTHER ORDERED** that the parties shall disclose experts on October 15, 2010, and conduct expert discovery from November 1, 2010 through December 3, 2010.

DATED this 6th day of October, 2010.

David C. Bury
United States District Judge