1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVON E. MCCOY, | ) Case No. 1:07-cv-0198-DCB |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| R. SPIDLE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court finding good cause for the extension as stipulated to by the parties,

**IT IS ORDERED** that the Amended Stipulation (doc. 193) is GRANTED.

**IT SI FURTHER ORDERED** that the parties shall disclose experts on November 15, 2010, and conduct expert discovery from December 1, 2010 through January 31, 2011.

Dated this 21st day of October, 2010.

David C. Bury
United States District Judge

1

Amended Stipulation and Order

636545-1