IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

NOV 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Davon E. McCoy

Plaintiff(s)

vs.

R. Spidle, et al.

Defendants.

No. 1:07-cv-0198-DCB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lisa Blanco Jimenez , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 13, 2010 , by the Honorable David C. Bury , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Expert witness and/or consulting fees to a neurologist and an orthopedic surgeon, each of which will review medical records, perform a medical examination, and render opinions in his respective field, as appropriate. The neurologist will provide services related to Plaintiff's epilepsy, which he alleges was not appropriately treated or addressed by defendants, thus resulting in a seizure causing him to fall and injure his shoulder. The orthopedic surgeon will provide services related to the shoulder injury, treatment, and prognosis. This request is a high estimate based on up to 12 hours of work and one examination per expert plus expenses.

This request does not include fees for testifying at trial; if necessary, the experts will testify at trial for a fee of $690.00 to 760.00 per hour plus expenses.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 10,200.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: | 1:07-cv-0198-DCB |

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 160.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 6-15-10 | 157.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of November , 20 10 , at Stockton , California.

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom
Number_____.

Dated: November 17, 2010

United States District Judge/Magistrate