IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R. Spidle, et al.,<br><br>　　　　Defendants. | No. CV-07-198-SMM<br><br>**ORDER** |

On December 21, 2010, this case was reassigned to the Honorable Stephen M. McNamee for all future proceedings. The Court will schedule a status conference for the purpose of setting a trial date and discussing the parties' progress in this case.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic status conference before the Honorable Stephen M. McNamee for **Tuesday, January 11, 2011 at 3:00 p.m. Arizona time.** Plaintiff's counsel shall initiate a conference call and secure all participants on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 2:55 p.m. Arizona time, on January 11, 2011.

DATED this 23rd day of December, 2010.

_____
Stephen M. McNamee
United States District Judge