IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,<br><br>      Plaintiff,<br><br>vs.<br><br>R. Spidle, et al.,<br><br>      Defendants. | No. CV-07-198-SMM<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

      Before the Court is Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum (Doc. 210). Plaintiff Davon E. McCoy (Inmate #H67575), a necessary and material witness in and party to the proceedings in this case, is confined in Salinas Valley State Prison located at 31625 Highway 101, Soledad, CA 93960 in the custody of Warden Anthony Hedgpeth. In order to secure his attendance at trial it is necessary to issue a Writ of Habeas Corpus Ad Testificandum commanding the custodian to produce the inmate in Courtroom #26 of this Court located at 501 "I" Street, Sacramento, CA 95814 on May 9, 2011 at 9:00 a.m. and daily thereafter at the same time and place through May 13, 2011.

      Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum (Doc. 210).

**IT IS FURTHER ORDERED** that:

1.     A Writ of Habeas Corpus Ad Testificandum shall issue under the seal of this Court commanding Warden Anthony Hedgpeth to produce Davon E. McCoy (Inmate #H67575) for the trial of this case and to return him to Salinas Valley

1  State Prison upon conclusion of the proceeding or as otherwise further ordered
2  by the Court;
3  2. The custodian must promptly notify the Court of any change in custody of the
4  inmate and provide the new custodian, if any, with a copy of this Order and
5  Writ; and
6  3. Service of this Order and Writ may be accomplished by mailing a certified
7  copy to the Litigation Coordinator at Salinas Valley State Prison, P.O. Box
8  1020, Soledad, CA 93690-1020.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  Warden Anthony Hedgpeth
     Salinas Valley State Prison
     P.O. Box 1020
     Soledad, CA 93690-1020

You are commanded to produce Davon E. McCoy (Inmate #H67575) in Courtroom #26 of this Court located at 501 "I" Street, Sacramento, CA 95814 on May 9, 2011 at 9:00 a.m. and daily thereafter at the same time and place through May 13, 2011 and to return him to Salinas Valley State Prison upon conclusion of the proceedings or as otherwise further ordered by the Court.

You are further ordered to notify the Court of any change in custody of the inmate and provide the new custodian, if any, with a copy of this Order and Writ.

DATED this 25th day of March, 2011.

_____
Stephen M. McNamee
United States District Judge