IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R. Spidle, et al.,<br><br>　　　　Defendants. | No. CV-07-198-SMM<br><br>**ORDER** |

　　　The Court will schedule a status conference for the purpose of discussing the parties' progress in this case.

　　　Accordingly,

　　　**IT IS HEREBY ORDERED** setting a telephonic status conference before the Honorable Stephen M. McNamee for **Wednesday, April 27, 2011 at 10:30 a.m. Arizona time.** Plaintiff's counsel shall initiate a conference call and secure all participants on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 10:25 a.m. Arizona time, on April 27, 2011.

　　　DATED this 25th day of April, 2011.

Stephen M. McNamee
United States District Judge