IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Davon E. McCoy

Plaintiff(s)

vs.

R. Spidle, et al.

Defendants.

No. 1:07-cv-0198-SWW

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lisa Blanco Jimenez, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 13, 2010, by the Honorable David C. Bury, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Expert witness fees to an orthopedic surgeon, who has reviewed medical records, performed a medical examination, and issued reports related to Plaintiff's shoulder injury, treatment, and prognosis. This is a second request for an additional $72.50, which is the amount in excess of the first approved request for fees according to the latest invoice for services rendered. Thus, the total amount of all requests for expert witness fees is $10,272.50 of which $2,087.50 has been reimbursed to date; upon approval of this request, counsel will seek reimbursement of the remaining $8,185.00.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 72.50.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:07-cv-0198-SWW

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 160.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 6-15-10 | 157.00 |
| 10,200.00 | Expert witness fees | 2,087.50 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 3-3-11 | 160.14 |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of April, 20 11, at Stockton, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 4-20-11

_____
United States District Judge/Magistrate