IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Davon E. McCoy, | ) | No. CV-07-198-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| R. Spidle, et al., | ) | |
| Defendants. | ) | |

On April 27, 2011, the Court held a status conference for the purpose of discussing the parties' progress in this case.

**IT IS HEREBY ORDERED VACATING** the trial in this matter that had been set for May 9, 2011.

**IT IS FURTHER ORDERED VACATING** the Order and Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Davon E. McCoy for trial (Doc. 213).

**IT IS FURTHER ORDERED** that the clerk is to notify the out-to-court desk of the contents of this Order so that California Department of Corrections and Rehabilitation officials can arrange for the return of Plaintiff to Salinas Valley Prison.

DATED this 27th day of April, 2011.

Stephen M. McNamee
United States District Judge