IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,<br><br>    Plaintiff,<br><br>vs.<br><br>R. Spidle, et al.,<br><br>    Defendants. | No. CV-07-198-SMM<br><br>**ORDER** |

On April 27, 2011, the Court vacated the scheduled May 9, 2011 trial date in this case.

**IT IS HEREBY ORDERED SETTING** this matter for jury trial from January 31, 2012 through February 10, 2012.

DATED this 27th day of May, 2011.

Stephen M. McNamee
United States District Judge