

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Davon E. McCoy

        Plaintiff(s)

vs.

R. Spidle, et al.

        Defendants.

No. 1:07-cv-0198-SMM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lisa Blanco Jimenez, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 13, 2010, by the Honorable David C. Bury, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Round-trip airfare and related travel expenses from Stockton, CA or the vicinity to San Diego, CA to depose treating physician and disclosed expert David G. Smith, M.D. in July, 2011. (Reporter and transcript costs will be requested through the Transcript Reimbursement Fund.)

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 475.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:07-cv-0198-SMM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 160.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 6-15-10 | 157.00 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 3-3-11 | 160.14 |
| 10,272.50 | Expert witness fees through 4-14-11 | 10,272.50 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 5-3-11 | -0- |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of June, 20 11, at Stockton, California.

_[signature]_
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: June 16, 2011

_[signature]_
United States District Judge/~~Magistrate~~