# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy, ) | No. CV-07-198-SMM |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| R. Spidle, et al., ) | |
| Defendants. ) | |

The Court will schedule a telephonic status conference for the purpose of discussing the parties' preparation for trial, which is scheduled for January 31, 2012, at 9:00 a.m. in Courtroom No. 26 of the Robert T. Matsui U.S. Courthouse, located at 501 "I" Street, Sacramento, California.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic status conference before the Honorable Stephen M. McNamee for Tuesday, January 17, 2012 at 3:00 p.m. Arizona time. Plaintiff's counsel shall initiate a conference call and secure all participants on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 2:55 p.m. Arizona time, on January 17, 2012.

DATED this 30th day of November, 2011.

Stephen M. McNamee
United States District Judge