IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R. Spidle, et al.,<br><br>　　　　Defendants. | )　No. CV-07-198-SMM<br>)<br>)<br>)<br>)　**ORDER**<br>)<br>)<br>)<br>)<br>) |

The Court will re-set the trial date in this matter and the telephonic status conference at which the Court will discuss the parties' preparation for trial. Accordingly,

**IT IS HEREBY ORDERED RE-SETTING** the start of this jury trial from **Tuesday, January 31, 2012**, to **Monday, January 30, 2012**. The trial is expected to last through **Wednesday, February 8, 2012**. The trial will take place in Courtroom No. 2 of the Robert T. Matsui U.S. Courthouse, located at 501 "I" Street, Sacramento, California.

**IT IS FURTHER ORDERED VACATING** the Order and Writ of Habeas Corpus Ad Testificandum to transport Plaintiff Davon E. McCoy for trial. (Doc. 235.) The Court will issue an Amended Order and Writ of Habeas Corpus Ad Testificandum to transport Plaintiff Davon E. McCoy for trial commencing January 30, 2012.

**IT IS FURTHER ORDERED RE-SETTING** the pre-trial telephonic status conference before the Honorable Stephen M. McNamee. It is re-set for **Wednesday, January 4, 2012 at 3:00 p.m. Arizona time**. Plaintiff's counsel shall initiate a conference call and secure all participants on the line before telephoning Judge McNamee's chambers

1  at (602) 322-7555, no later than 2:55 p.m. Arizona time, on January 4, 2012.
2      DATED this 21st day of December, 2011.

Stephen M. McNamee
United States District Judge