# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy, | ) No. CV-07-198-SMM |
| Plaintiff, | ) |
| vs. | ) **EX PARTE ORDER** |
| R. Spidle, et al., | ) |
| Defendants. | ) |

Pending before the Court are Requests for Authority to Incur Costs (Appointed Counsel) and requests for payment. The Court will conduct an ex parte CJA conference with Counsel for Plaintiff on these matters.

Accordingly,

**IT IS HEREBY ORDERED** setting an *ex parte* telephonic CJA conference with Plaintiff's counsel before the Honorable Stephen M. McNamee. It is set for **Tuesday, January 17th, 2012 at 11:30 a.m. Arizona time**. Plaintiff's counsel shall initiate the call with Judge McNamee's chambers at (602) 322-7555, no later than 11:25 a.m. Arizona time, on January 17, 2012.

DATED this 13th day of January, 2012.

Stephen M. McNamee
United States District Judge