

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Davon E. McCoy

        Plaintiff(s)

vs.

R. Spidle, et al.

        Defendants.

No. 1:07-cv-0198-SMM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lisa Blanco Jimenez, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 13, 2010, by the Honorable David C. Bury, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Expert witness fees to John Toton, M.D., for preparation for his deposition on June 21, 2011 at $740.00 per hour for 3 hours. Defense counsel paid for time spent at deposition only.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2,220.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

1-19-12

*[signature]*

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:07-cv-0198-SMM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 160.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 6-15-10 | 157.00 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 3-3-11 | 160.14 |
| 10,272.50 | Expert witness fees through 4-14-11 | 10,272.50 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 5-3-11 | -0- |
| 150.00 | Round-trip travel (i.e. mileage) for Toton deposition on 6-21-11 | 125.97 |
| 475.00 | Round-trip travel (i.e. mileage) and witness fees for Smith depo on 12-19 | 247.38* |

*pending

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of December, 20 11, at Stockton, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved ___ Denied

Or,

___ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ___, on ___, at ___, ___.M. in Courtroom Number ___.

Dated: 1-17-12

_____
SZ. United States District Judge/Magistrate