# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,                     ) | No. CV-07-198-SMM |
|                                     ) | |
|           Plaintiff,                ) | |
|                                     ) | |
| vs.                                 ) | **ORDER RE: VIDEOCONFERENCE** |
|                                     ) | **TESTIMONY OF SAMUEL DANCY** |
| R. Spidle, et al.,                  ) | **(#JO7642)** |
|                                     ) | |
|           Defendants.               ) | |
|                                     ) | |

    Samuel Dancy (Inmate # CJ07642), a necessary and material witness in the proceedings in this case, is confined in the California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran) located at 900 Quebec Avenue, Corcoran, California 93212 in the custody of Warden Ralph M. Diaz. In order to secure his participation in the trial of this case, it is necessary to issue this Order directing the custodian to make the inmate available for testimony by videoconference.

    Accordingly,

    **IT IS HEREBY ORDERED** that:

    1.    Warden Ralph M. Diaz make available Samuel Dancy (Inmate # CJ07642) for testimony in Courtroom #2 of this Court located at 501 "I" Street, Sacramento, California 95814 by videoconferencing him from prison facilities on February 1, 2012 at 1:30 PM, and any other day and time thereafter as may be directed by the Court;

    2.    The custodian must promptly notify the Court of any change in custody of the inmate and provide the new custodian, if any, with a copy of this Order; and

1  3. Service of this Order may be accomplished by faxing and/or mailing a certified
2  copy to the Litigation Coordinator at SATF-CSP, Corcoran, P.O. Box 7100, Corcoran, CA
3  93212 (FAX: 559-992-7191).
4  DATED this 27th day of January, 2012.

Stephen M. McNamee
United States District Judge