IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Davon E. McCoy

         Plaintiff(s)

vs.

R. Spidle, et al.

         Defendants.

No. 1:07-cv-0198-SMM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

** REVISED from 1-10-12**

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lisa Blanco Jimenez, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 13, 2010, by the Honorable David C. Bury, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Expert witness fees to John Toton, M.D., for trial services estimated at $450.00 per hour for 7 hours of preparation and travel time and $700.00 per hour for a minimum of 4 hours of testimony.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 5,950.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:07-cv-0198-SMM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 160.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 6-15-10 | 157.00 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 3-3-11 | 160.14 |
| 10,272.50 | Expert witness fees through 4-14-11 | 10,272.50 |
| 161.00 | Round-trip travel (i.e. mileage) to Salinas Valley State Prison on 1-3-12 | 174.27* |
| 150.00 | Round-trip travel (i.e. mileage) for Toton deposition on 6-21-11 | 125.97 |
| 475.00 | Round-trip travel (i.e. mileage) and witness fees for Smith depo on 12-19 | 247.38* |

2,220.00*     Expert witness fees (Toton deposition prep)                   2,220.00*

I declare under penalty of perjury that the foregoing is true and correct.       *pending

Signed this ____ day of January, 20 12, at Stockton, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved    _____ Denied

Or,

___✓___ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 2/6/12

_____
United States District Judge/Magistrate

STEPHEN M. McNAMEE
United States District Judge