IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Davon E. McCoy

　　　　　　Plaintiff(s)

vs.

R. Spidle, et al.

　　　　　　Defendants.

No. 1:07-cv-0198-SMM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lisa Blanco Jimenez, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 13, 2010, by the Honorable David C. Bury, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Round-trip travel from Stockton, CA to Soledad, CA to attend Settlement Conference at Salinas Valley State Prison on May 18, 2012. Counsel will seek mileage reimbursement at the GSA rate of $0.555 mile.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 174.27.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:07-cv-0198-SMM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $19,694.14 | See attached. | $19,437.77 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of May, 20 12, at Stockton, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 5/16/12

*[signature]*

SM United States District Judge/~~Magistrate~~

# Pro Bono Appointed Attorney Case Expenses

4/1/2009 to 4/11/2012

## Open

| Date | Attorney | Requested | Reason | Approved | Paid | Recovered |
|---|---|---|---|---|---|---|

**Case Number: 1:07-cv-0198** — McCoy v. Spidle — Type: Retaliation, Medical — Date Closed:

**Case Notes:**

| Date | Attorney | Requested | Reason | Approved | Paid |
|---|---|---|---|---|---|
| 2/1/2012 | Lisa Jimenez | $72.32 | Travel Expenses - Meet Client | $72.32 | $72.32 |
| 1/27/2012 | Lisa Jimenez | $72.32 | Travel Expenses - Meet Client | $72.32 | $72.32 |
| 1/26/2012 | Lisa Jimenez | $5,950.00 | Expert Witness Fees | $5,950.00 | $5,950.00 |
| | | # Formerly requested $7,750 1/10/2012. SMM requested to have amount renegotiated. | | | |
| 12/20/2011 | Lisa Jimenez | $2,220.00 | Expert Witness Fees | $2,220.00 | $2,220.00 |
| 6/10/2011 | Lisa Jimenez | $475.00 | Travel Expenses - Deposition | $475.00 | $247.38 |
| | | Mileage and witness fee. | | | |
| 4/19/2011 | Lisa Jimenez | $161.00 | Travel Expenses - Meet Client | $161.00 | $160.14 |
| 4/19/2011 | Lisa Jimenez | $72.50 | Expert/Consultant - Medical | $72.50 | $72.50 |
| 1/3/2011 | Lisa Jimenez | $161.00 | Travel Expenses - Meet client | $161.00 | $160.14 |
| 11/9/2010 | Lisa Jimenez | $10,200.00 | Expert/Consultant - Medical | $10,200.00 | $10,200.00 |
| 6/10/2010 | Lisa Jimenez | $150.00 | Travel Expenses - Deposition | $150.00 | $125.97 |
| 6/4/2010 | Lisa Jimenez | $160.00 | Travel Expenses - Meet Client | $160.00 | $157.00 |
| **CASE TOTALS:** | | **$19,694.14** | | **$19,694.14** | **$19,437.77** |
| **REPORT TOTALS:** | | **$19,694.14** | | **$19,694.14** | **$19,437.77** |