# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,                                  ) | No. CV-07-198-SMM |
|       Plaintiff,                         ) | |
| vs.                                                        ) | **SETTLEMENT ORDER** |
| R. Spidle, et al.,                                   ) | |
|       Defendants.                  ) | |

Plaintiff is a state prisoner in this civil rights action brought under 42 U.S.C. § 1983. On May 18, 2012, the parties held a settlement conference before Magistrate Judge Michael J. Seng. (Doc. 290.) On May 21, 2012, this Court held a telephonic status conference regarding those settlement discussions. (Doc. 291.) At the status conference, counsel for the parties advised the Court that a settlement had been reached, and the parties are now in the process of finalizing settlement documents.

Accordingly, the magistrate judge reference is withdrawn, and,

**IT IS HEREBY ORDERED** vacating all pending dates in this matter including the trial date set for June 4, 2012, in Sacramento, California.

**IT IS FURTHER ORDERED** that counsel for the parties shall as soon as practicable complete and finalize the necessary settlement documents once all necessary actions have been undertaken by the parties pursuant to the settlement agreement.

**IT IS FURTHER ORDERED** that counsel for the parties shall as soon as practicable file a stipulated request for dismissal of this action.

**IT IS FURTHER ORDERED** acknowledging the professionalism and decorum in which counsel conducted the litigation of this case. The Court commends both counsel for the professional courtesy that they extended to one another during this litigation. The Court expresses its deep satisfaction and appreciation for the enduring principle followed by counsel that litigation courtesies do not disadvantage your litigation position but foster professionalism amongst colleagues striving to best represent their clients. The Court sincerely thanks both counsel.

DATED this 23rd day of May, 2012.

_Stephen M. McNamee_
Stephen M. McNamee
Senior United States District Judge