# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Davon E. McCoy, | ) | No. CV-07-198-SMM |
| Plaintiff, | ) ) | **ORDER VACATING ORDER (Doc. 302) AND DISMISSING WITH PREJUDICE DEFENDANTS REYNOSO, MORALES, POBLETE, CAMPOS, GONZALES, AND REYES ONLY PURSUANT TO STIPULATION (Doc. 301)** |
| vs. | ) ) | |
| R. Spidle, et al., | ) ) | |
| Defendants. | ) ) | |

The Court vacates its Order (Doc. 302) and, based on the Stipulation for Dismissal with Prejudice (Doc. 301) before the Court,

**IT IS HEREBY ORDERED** that Defendants REYNOSO, MORALES, POBLETE, CAMPOS, GONZALES, and REYES <u>only</u> are dismissed with prejudice with the parties to bear their respective costs and attorney's fees.

DATED this 25th day of June, 2012.

*[signature]*
Stephen M. McNamee
Senior United States District Judge