# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davon E. McCoy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R. Spidle, et al.,<br><br>　　　　Defendants. | No. CV-07-198-SMM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 306.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 30th day of January, 2013.

*[signature]*
Stephen M. McNamee
Senior United States District Judge